Laveda Newcomb WHITEAKER, Plaintiff-Respondent,

v.

CITY OF SALEM, Missouri, Defendant-Appellant.

No. 10673.

Missouri Court of Appeals, Springfield District.

Oct. 24, 1977.

Jerry B. Schnapp, Fredericktown, for plaintiff-respondent.

J. Max Price, Salem, for defendant-appellant.

PER CURIAM.

On February 25, 1977, a Dent County jury returned a verdict favoring the plaintiff in an action to recover for injuries allegedly sustained as the result of driving her automobile into a depression in a city street. Appellant filed an after-trial motion. Thereafter, appellant initiated the present appeal by filing a notice of appeal.

However, the appeal is premature as the transcript filed with this court demonstrates that no judgment has been entered in this case.

In Missouri, a final judgment forms the basis for appellate review. Section 512.020, V.A.M.S.; Rule 74.01, V.A.M.R. The absence of a final judgment deprives this court of appellate jurisdiction and would convert any purported review into a meaningless act.

The appeal must be, and is, dismissed for lack of a judgment.

All concur.